The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN BETTS III,<br><br>Defendant. | NO. CR18-158 RSM<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT 1 TO GOVERNMENT'S RESPONSE TO MOTION FOR REDUCTION IN SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A) |

This matter has come before the Court on the motion to seal Exhibit 1 to Government's Response to Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit 1 to Government's Response to Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A), due to the sensitive information contained therein.

//
//
//
//
//
//

Sealing Order - 1
*United States v. Betts,* CR18-158 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   IT IS HEREBY ORDERED that Exhibit A to Government's Response to Motion
2   for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) be filed under seal.
3   DATED this 30th day of June, 2020.

          RICARDO S. MARTINEZ
          UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Jessica M. Manca*
JESSICA M. MANCA
AMY JAQUETTE
Assistant United States Attorneys

Sealing Order
*United States v. Betts,* CR18-158 RSM

- 2 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970